JAMES P. HURLEY
HURLEY & LARA
411 North 2nd Street
Yakima, WA 98901
(509)248-4282
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | NO. 06-03138-JAR-11 |
| NOLAND-DECOTO FLYING SERVICE, INC. | FINDINGS OF FACT AND CONCLUSIONS OF LAW RELATING TO CONFIRMATION OF CHAPTER 11 PLAN |
| Debtor. | |

THIS MATTER having come on for hearing on January 23, 2008, at 11:00 A.M. by telephone and at 9:00 A.M. on January 24, 2008 in Court, the Debtor being represented by JAMES P. HURLEY, the U.S. Trustee being represented by GARY DYER, Ron Bjur being represented by REED PELL, Merrill Lynch Bank being represented by DANIEL CAINE, the Internal Revenue Service being represented by ROLF TANGVALD, the Yakima Air Field / McAllister Terminal being represented by RUSSELL GILBERT, the City of Yakima being represented by LAWRENCE WATERS, the State of Washington being represented by ZACHARY MOSNER, and M.A. WEST ROCKIES being represented by PAUL WILLIAMS, and the Court having considered all objections filed in this matter and the argument of counsel, the testimony of BRAD GOODSPEED, Vice President of the Debtor, now makes the following:

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - Page 1

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

06-03138-FLK11    Doc 320    Filed 01/28/08    Entered 01/28/08 16:42:22    Pg 1 of 4

**FINDINGS OF FACT**

1.

Debtor provided Notice of the approval of the Disclosure Statement, proposed Plan of Reorganization and matters relating to confirmation of the Plan on November 19, 2007.

2.

The Court finds that Notice was adequate and appropriate under the circumstances.

3.

The Debtor filed a Report of Balloting on January 7, 2007, demonstrating that Classes III, IV, V and VII voted to accept the Plan and that Class II voted to reject the Plan. The Class II creditor is the Yakima County Treasurer, which holds a first lien on the real and personal property of the Debtor and will be paid from the sale of Debtor's assets in full.

4.

The Plan filed by the Debtor on September 21, 2007 under Docket Number 208, and identified as the Third Amended Chapter 11 Plan of Reorganization, as modified by the terms of the Order of Confirmation, complies with the requirements set forth in 11 U.S.C. § 1129(a) and 1129(b).

5.

The Debtor has requested and the Court has approved the sale of substantially all of its personal property and real property assets for the sum of $1,886,025.00, which will provide funding for the Plan, provided said sale closes. Upon closing, the Plan

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - Page 2

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

06-03138-FLK11    Doc 320    Filed 01/28/08    Entered 01/28/08 16:42:22    Pg 2 of 4

provides for the distribution of all funds either through direct distribution through the closing agent or through the interpleader of the funds to this Court for determination of the amount of the priority of the remaining lien claims.

6.

The Plan further provides for a means of resolution of the sale of Debtor's assets in the event the pending sale does not close and makes provision for the Court to determine any issues concerning the assignment of the Lease Agreement between the Debtor and the Yakima Air Terminal to the Purchaser M.A. West Rockies.

7.

The Plan as modified makes specific provision for the payment of all administrative expenses known at the time of confirmation within thirty (30) days of the entry of the Order of Confirmation.

Based upon the foregoing, the Court now enters the following:

**CONCLUSIONS OF LAW**

1.

The Chapter 11 Plan is modified by these Findings and the Court's Order of Confirmation and meets the requirements of 11 U.S.C. § 1129 and should be confirmed.

2.

The Court retains jurisdiction to resolve the remaining issues regarding the disposition of Debtor's assets if the pending sale does not close.

3.

The Court retains jurisdiction to resolve the issue of the assignment of the Lease between the Debtor and the Yakima Air Field to the prospective purchaser in the event

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - Page 3

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

06-03138-FLK11    Doc 320    Filed 01/28/08    Entered 01/28/08 16:42:22    Pg 3 of 4

the parties cannot reach an agreement regarding the assignment of that lease.

4.

The Court retains jurisdiction as set forth in the Plan and in the interpleader action provided for in the Plan to resolve any remaining issues regarding lien claims, their priority and amount, following the disposition of Debtor's assets.

Presented by:

/s/ James P. Hurley
JAMES P. HURLEY, WSBA #6615
Attorney for Debtor

Frank L. Kurtz
Bankruptcy Judge
01/28/2008 02:34:38 PM

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - Page 4

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282